```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X   O R D E R
DELSY MEJIA,

                Plaintiff,              CV-06-0763 (NGG)

        -against-

SARA SUAZO, and
CAROLYN M. PORRAS,

                Defendants.
-------------------------------------X
```

An initial conference will be held in the above-captioned case on March 15, 2006, at 12:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated:  Brooklyn, New York
        February 23, 2006

                                    _____
                                    JOAN M. AZRACK
                                    UNITED STATES MAGISTRATE JUDGE